**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF OKLAHOMA**

FILED
NOV 17 2010
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| **IN THE MATTER OF** | ) | |
| | ) | G.O. 10-03 |
| **CLOSING OF COURT** | ) | |

## GENERAL ORDER

**IT IS HEREBY ORDERED** that the United States District Court for the Eastern District of Oklahoma shall be closed for business on the following date:

**Friday, November 26, 2010**

**IT IS SO ORDERED** this 17th day of November 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma